CLOSED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA NOBLE, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>TARGET STORES, INC., and<br>DOES 1 through 20, Inclusive,<br><br>      Defendants. | **CASE NO. EDCV 13-00269 JGB (OPx)**<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal entered into between counsel for Plaintiff and Defendant on May 29, 2014, be entered as a matter of record and the case be hereby dismissed.

DATED:  May 30, 2014

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

-1-

_____
**ORDER RE STIPULATION OF DISMISSAL**